

# Fourth Court of Appeals
## San Antonio, Texas

July 27, 2016

No. 04-16-00361-CV

Bernardo **GONZALES**,
Appellant

v.

**COURTLAND HEIGHTS**,
Appellee

From the County Court At Law No. 10, Bexar County, Texas
Trial Court No. 2016CV02572
Honorable David J. Rodriguez, Judge Presiding

# O R D E R

Appellant's brief was due July 22, 2016. Neither the brief nor a motion for extension of time was filed.

Accordingly, we **ORDER** appellant to file his appellant's brief in this court **on or before August 8, 2016,** and a written response reasonably explaining his failure to timely file the brief. If appellant fails to file a brief and the written response by the date ordered, we will dismiss the appeal for want of prosecution. *See* TEX. R. APP. P. 38.8(a).

_____
Marialyn Barnard, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 27th day of July, 2016.

_____
Keith E. Hottle
Clerk of Court